IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, ANTHONY SMITH, and MITRA SMITH, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CIVIL ACTION FILE NO. _____ |
| LG ELECTRONICS U.S.A, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Defendant LG Electronics U.S.A., Inc., by and through undersigned counsel, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1441 *et seq.* and 28 U.S.C. § 1332. In support thereof, Defendant shows the Court as follows:

### Timeliness of Removal

1. On November 30, 2023, Defendant was served in the matter styled *Privilege Underwriters Reciprocal Exchange, Anthony Smith, and Mitra Smith v. LG Electronics U.S.A., Inc.,* bearing Gwinnett County Superior Court case number 23-A-09601-11. The Complaint and all other state court pleadings are attached hereto as Exhibit A.

2. Plaintiffs claim property damages incurred as a result of water damage allegedly caused by design and manufacturing defects in a LG washing machine. (Complaint ¶ 8-11.)

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1) and *Murphy Brothers v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), in that it was filed within one year of the commencement of the action and within thirty days of the date of service.

## Jurisdiction

4. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and which Defendant may remove pursuant to 28 U.S.C. § 1441, in that Plaintiffs are, and at all relevant times have been, citizens of a state different from any Defendant, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. **Plaintiffs' Citizenship**: Plaintiff Privilege Underwriters Reciprocal Exchange ("PURE") is a citizen of the State of Florida and the State of New York. (Complaint ¶ 1.) Plaintiffs Anthony and Mitra Smith are citizens of the State of Georgia. (Complaint ¶ 2.)

6. **Defendant's Citizenship**: Pursuant to 28 U.S.C. § 1332(c)(1), Defendant is a citizen of the State of Delaware, in which it is incorporated, and the State of

New Jersey, in which it has its principal place of business. Accordingly, Defendant is a citizen of Delaware and New Jersey for purposes of diversity jurisdiction. (Complaint ¶ 4.) Relevant Georgia Secretary of State records are attached hereto as Exhibit B.

7. **Amount in Controversy**: This case meets the $75,000 amount-in-controversy requirement under the Eleventh Circuit's "common sense" standard for determining the sum at issue. *See Roe v. Michelin N. Am.,* 613 F.3d 1058, 1061-63 (11th Cir. 2010). A removing defendant must prove by a preponderance of the evidence that the amount in controversy more likely than not exceeds the jurisdictional requirement. *Id*. at 1061.

Here, Plaintiff's Complaint alleges that PURE provided property insurance coverage for the McCoun home, and PURE paid $169,395.61 to repair the alleged damage to the home, to repair and replace the damaged contents of the home, and to reimburse the McCouns for living expenses incurred as a result of the alleged damage to their home. (Complaint ¶ 15.) Plaintiff PURE seeks subrogation for the $169,395.61 paid to the McCouns. (Complaint ¶ 16.) As such, the amount in controversy requirement is met.

## Venue

8. The Northern District of Georgia, Atlanta Division, is the proper district and division for the removal of this action pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), as this action was originally brought in the Superior Court of Gwinnett County, Georgia, within this District and Division.

## Notice to Plaintiff and to State Court of Removal

9. A true and correct copy of this Notice of Removal will be promptly served on the Plaintiffs and will be promptly filed with the Clerk of the Superior Court of Gwinnett County, Georgia, as required by 28 U.S.C. § 1446(d).

Respectfully submitted this 29th day of December, 2023.

                                                                        */s/ Arthur J. Park*
                                                                         Edward C. Bresee, Jr.
                                                                         Georgia Bar No. 004820
                                                                         Arthur J. Park
                                                                         Georgia Bar No. 227992
                                                                         Carley N. Rampy
                                                                         Georgia Bar No. 759192
                                                                         *Counsel for Defendant*
                                                                         *LG Electronics U.S.A., Inc.*

MOZLEY, FINLAYSON & LOGGINS, LLP
1050 Crown Pointe Parkway
Suite 1500

Atlanta, GA  30338
Telephone: 404-256-0700
Facsimile: 404-250-9355
mbresee@mfllaw.com
apark@mfllaw.com
crampy@mfllaw.com

## CERTIFICATE OF TYPE SIZE COMPLIANCE

I hereby certify that pursuant to Local Rule 5.1, the foregoing pleading is prepared in Times New Roman, 14 point.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties of record with the foregoing NOTICE OF REMOVAL by providing an ELECTRONIC SERVICE COPY of the filing via the CM/ECF System and by e-mail and by causing a copy of same to be deposited in the United States mail, postage prepaid, and properly addressed as indicated below:

Robert E. Jones
The Jones Law Firm, P.C.
1100 Peachtree St., Suite 950
Atlanta, Georgia 30309
rob@robjoneslaw.com
*Counsel for Plaintiffs*

Respectfully submitted this 29th day of December, 2023.

*/s/ Arthur J. Park*
Arthur J. Park